THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-02016-RPM

FERN BOWMAN,

       Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

       Defendant.
_____

## ORDER FOR DISMISSAL
_____

       Pursuant to the Stipulation for Dismissal with Prejudice [15] filed today, it is

       ORDERED that this action is dismissed with prejudice, each party to bear their own

attorneys fees and costs.

       Dated:   December 30th, 2013

                                   BY THE COURT:

                                   s/Richard P. Matsch
                                   _____
                                   Richard P. Matsch, Senior District Judge